UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLEVUE LENDING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALEX ROBERTSON,<br><br>Defendant. | NO. 2:26-cv-01623-JNW<br><br>JOINT MOTION AND ORDER TO STAY INITIAL CASE DEADLINES PENDING ORDER ON PLAINTIFF'S MOTION TO REMAND<br><br>**NOTING DATE:**<br>**July 17, 2026**<br><br>***Clerk's Action Required*** |

## I. JOINT MOTION

Plaintiff and Defendant stipulate and agree and jointly move the Court as follows:

On May 13, 2026, Defendant filed a notice of removal from King County Superior Court to this Court. ECF No. 1.

On May 25, 2026, Plaintiff filed a Motion to Remand and noted it for June 26, 2026, without oral argument. ECF No. 9. Defendant did not oppose Plaintiff's Motion for Remand but did object to the Court awarding Plaintiff attorney fees and costs. ECF No. 11.



**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com

On June 26, 2026, this Court entered an Order Regarding Initial Disclosures Joint Status Report, and Early Settlement. ECF. No. 14. The deadline for Fed. R. Civ. P. 26(f) Conference is July 17, 2026, and Initial Disclosures under Fed. R. Civ. P. 26(a)(1) are due by July 31, 2026. The parties Joint Status Report and Discovery Plan is due by August 7, 2026.

Plaintiff's counsel and Defendant's counsel have conferred and agreed that initial case deadlines should be stayed until the Court enters an order on the Motion for Remand to avoid unnecessary attorney expenses.

Accordingly, Plaintiff and Defendant stipulate and jointly move the Court to stay the current initial case scheduling order (ECF No. 9) until entry of an order on the Motion for Remand.

IT IS SO ORDERED:

July 20, 2026.

Jamal N. Whitehead
United States District Judge



**WESTERN WASHINGTON LAW GROUP, PLLC**
10485 NE 6th ST #2620
BELLEVUE, WA 98004
(425) 728-7296 docs@westwalaw.com